United States District Court
Southern District of Texas
FILED

AUG 0 3 1998

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERNESTO RODRIGUEZ | § | |
| | § | CIVIL ACTION NO. B-97-094 |
| VS. | § | |
| | § | CRIMINAL NO. B-94-093-02 |
| UNITED STATES OF AMERICA | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 10, 1998, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 3 day of August 1998.

_____
Hilda G. Tagle
United States District Judge